156 A.3d 179

JAFFE SPINDLER COMPANY, LLC, PLAINTIFF–RESPONDENT, v. NEW JERSEY ECONOMIC DEVELOPMENT AUTHORITY, DEFENDANT, AND NEW GOLD EQUITIES CORP., DEFENDANT–PETITIONER.

November 9, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005718–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.